**Maddox, Segerblom and Canepa, LLP**
Eva G. Segerblom, Esq. NV Bar 10749
Ardea G. Canepa- Rotoli, Esq. NV Bar 12345
10403 Double R Blvd
Reno, Nevada 89521
Telephone: 775-322-366
Facsimile: 775-322-6338
**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR A. ONAS, III & HEATHER R. ONEAL-ONAS; LATRICIA LORD; NICOLE PAPKE aka NICOLE VAN VALKENBURG, individually, as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LENNAR RENO, LLC dba LENNAR HOMES; ROES 1-10; and DOES 1-10.<br><br>Defendants. | Case No.: 3:21-cv-00283-MMD-CLB<br><br>**JOINT STATEMENT REGARDING CASE STATUS, DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(DOC. 15)** |

Plaintiffs, Salvador A. Onas, III and Heather R. Oneal-Onas, et al. and Defendant Lennar Reno, LLC dba Lennar Homes ("Lennar"), hereby submit this joint statement regarding the case. The parties are working towards a stipulation to arbitrate the claims at issue in this case but are still working out details for a stipulated protocol agreement.

On July 6, 2021, the Court ordered the parties to file a Proposed Stipulated Discovery Plan and Scheduling Order, in accordance with LR 26-1, on or before August 16, 2021. However, if/when this matter proceeds to arbitration, such a discovery plan and scheduling order will not be necessary. That is, the parties are still actively negotiating the procedures to be utilized during any arbitration proceedings, including the potential for adding parties to the arbitration process. Accordingly, the parties request that the Court continue the current deadline for submitting a proposed discovery plan and scheduling to September 20,

2021. By that time, the parties anticipate that they will have finalized negotiations regarding arbitration and will be in a position to advise the Court on how they would like to proceed.

Dated: August 16, 2021.

**Maddox, Segerblom and Canepa, LLP**

By: /s/ Eva G. Segerblom
Eva G. Segerblom, Esq. NV Bar 10749
Ardea G. Canepa-Rotoli, Esq. NV Bar 12345
10403 Double R Blvd
Reno, Nevada 89521
**Attorneys for Plaintiffs**

Dated: August 16, 2021.

**Payne & Fears LLP**

By: /s/ Matthew L. Durham
Gregory H. King, Esq. NV Bar 7777
Matthew L. Durham, Esq. NV Bar 10342
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
**Attorneys for Defendant Lennar Reno, LLC dba Lennar Homes**

IT IS SO ORDERED.

Dated: August 19, 2021.

_____
UNITED STATES MAGISTRATE JUDGE