Gregory H. King
Nevada Bar No. 7777
gking@kingdurham.com
Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant
LENNAR RENO, LLC dba LENNAR HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR A. ONAS, III & HEATHER R. ONEAL-ONAS; LATRICIA LORD; NICOLE PAPKE aka NICOLE VANVALKENBURG, individually, as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LENNAR RENO, LLC dba LENNAR HOMES; ROES 1-10; and DOES 1-10.<br><br>Defendants. | Case No.: 3:21-cv-00283-MMD-CLB<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING ARBITRATION** |

Plaintiffs Salvador A. Onas, III et al. ("Plaintiffs") and Defendant Lennar Reno, LLC ("Lennar Reno") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS

A.   Plaintiffs entered into purchase and sale agreements ("PSAs") with Lennar Reno to purchase certain residences located in the Casa Bella at Damonte Ranch development in Reno, Nevada (the "Subject Properties").

///

///

B. The PSAs set forth certain dispute-resolution procedures and requirements, including a requirement for claims regarding the Subject Properties to proceed to binding arbitration.

C. On or around September 21, 2020, Plaintiffs began forwarding notices of constructional defects to Lennar Reno regarding the Subject Properties. On May 18, 2021, Plaintiffs filed a complaint against Lennar Reno entitled *Onas, et al., v. Lennar Reno LLC, et al.,* Washoe County, case no.: CV21-00932.

D. On June 24, 2021, Lennar Reno removed the *Onas* action to the U.S. District Court of Nevada (the "Court"), and it was assigned case number 3:21-cv-00283-MMD-CLB (ECF No. 1) (the "Litigation").

E. Lennar Reno demanded that Plaintiffs arbitrate their claims regarding the Subject Properties.

F. After meeting and conferring over the arbitration agreements, the posture of the Litigation, and the arbitration procedures and protocol that they believe are best for the efficient arbitration and possible early resolution of the claims, the Parties agreed to arbitrate Plaintiffs' claims regarding the Subject Properties pursuant to an Arbitration Protocol Agreement entered into by the Parties.

G. The Parties recognize that this action must be stayed pending the arbitration proceedings. The Federal Arbitration Act provides that courts "shall … stay the trial of the action until such arbitration has been had." 9 U.S.C. § 3. Nevada's Uniform Arbitration Act similarly provides that, "[i]f the court orders arbitration, the court on just terms shall stay any judicial proceeding that involves a claim subject to the arbitration." NRS 38.221(7).

H. The Parties further recognize that refusing to stay a case pending arbitration is a reversible error. *See AJS Const., Inc. v. Pankopf*, No. 60729, 2013 WL 5445188, at *1 (Nev. Sept. 25, 2013) (district court was required to stay judicial proceeding pending arbitration; thus, order dismissing complaint was reversed); *see also Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 26 (U.S. 1983) ("[S]tate courts, as much as federal courts, are obliged to grant

///

stays of litigation under § 3 of the Arbitration Act."); 6 C.J.S. Arbitration § 54 ("[T]he stay pursuant to the FAA is mandatory, and there is no discretion to deny it.").

**AGREEMENT**

THEREFORE, the Parties hereby STIPULATE AND AGREE to the following:

1. The Litigation is to be stayed pending the outcome of the arbitration proceedings.

IT IS SO STIPULATED.

DATED: September 20, 2021                MADDOX, SEGERBLOM AND CANEPA, LLP

By   */s/ Eva G. Segerblom*
Eva G. Segerblom
Nevada Bar No. 10749
Ardea G. Canepa- Rotoli
Nevada Bar No. 12345
10403 Double R Blvd
Reno, Nevada 89521

Attorneys for Plaintiffs

DATED: September 20, 2021                KING & DURHAM PLLC

By   */s/ Gregory H. King*
Gregory H. King
Nevada Bar No. 7777
Matthew L. Durham
Nevada Bar No. 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 833-1100

Attorneys for Defendant
LENNAR RENO, LLC dba LENNAR HOMES

**ORDER**

The Court having reviewed the Parties' Stipulation to Stay Case Pending Arbitration and good cause appearing, hereby ORDERS as follows:

1. The Parties' Stipulation is approved;
2. The Plaintiffs shall arbitrate their claims against Lennar Reno concerning the Subject Properties, and shall not litigate those claims in Court; and
3. This Litigation shall be stayed pending the outcome of the arbitration.

**IT IS SO ORDERED.**

Dated: September 21, 2021

UNITED STATES DISTRICT JUDGE